of Appeals for the Eighth Circuit granted. *Mr. J. L. London* for petitioner. *Solicitor General Jackson, Assistant Attorney General Littell,* and *Mr. C. W. Leaphart* for the United States.

No. 229. REAL ESTATE - LAND TITLE & TRUST Co. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE ROBERTS and MR. JUSTICE REED took no part in the consideration and decision of this application. *Mr. Maurice Bower Saul* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, J. Louis Monarch,* and *Arnold Raum* for the United States.

No. 230. CARPENTER *v.* WABASH RAILWAY CO. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted, limited to the question of the right of the petitioner to intervene in order to assert priority. *Messrs. Mark D. Eagleton, Hyman G. Stein,* and *Roberts P. Elam* for petitioner. *Mr. Homer Hall* for Wabash Railway Co. et al.; *Mr. Charles Nagel* for Chase National Bank; and *Mr. Thomas W. White* for Central Hanover Bank & Trust Co., respondents.

No. 240. NARDONE ET AL. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question whether the trial court correctly disposed of petitioners' claim that a portion of the respondent's evidence was procured through the illegal interception of telephone and telegraph messages and the question of the propriety of a preliminary inquiry to ascertain that fact.